**SECOND DIVISION
MILLER, P. J.,
HODGES and WATKINS, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules**

**January 31, 2024**

# In the Court of Appeals of Georgia

A21A1420. BURBACH v. MOTORSPORTS OF CONYERS, LLC
d/b/a FALCONS FURY HARLEY-DAVIDSON et al.

WATKINS, Judge.

In *Burbach v. Motorsports of Conyers*, 363 Ga. App. 188, 190-193 (1) (871 SE2d 63) (2022), this court reversed the trial court's application of Florida law to restrictive covenants between Edmund Burbach and his former employer upon holding, inter alia, that the covenants were unreasonable and, thus, violated Georgia public policy. The Supreme Court of Georgia granted certiorari and clarified the standard which should currently govern the analysis of restrictive covenants containing a foreign choice-of-law provision. *Motorsports of Conyers, LLC v. Burbach*, 317 Ga. 206, 209-217 (2) (892 SE2d 719) (2023).

We therefore vacate our earlier opinion in its entirety, adopt the Supreme Court of Georgia's opinion as our own, vacate the judgment of the trial court, and remand the case for further proceedings consistent with the Supreme Court of Georgia's opinion.

*Judgment vacated and case remanded with direction. Miller, P. J., and Hodges, J., concur.*